Marilyn BERGER–LEVY, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 83 SC 318.

Supreme Court of Colorado,
En Banc.

Aug. 20, 1985.

Neal Dunning, David L. Worstell, Denver, for petitioner.

Brooke Wunnicke, Chief Appellate Deputy, Dist. Atty., Stanley Garnett, Asst. Dist. Atty., for respondent.

ORDER OF COURT

Opinion below: Colo.App., 677 P.2d 351.

Upon consideration of the record on appeal and briefs filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the Petition for Writ of Certiorari shall be, and the same hereby is, Dismissed as improvidently granted.